Federico Castelan Sayre, Esq. (SBN 067420)
Kent M. Henderson, Esq., (SBN 139530)
**SAYRE & LEVITT, LLP.**
900 North Broadway, 4th Floor
Santa Ana, California 92701
Telephone: (714) 550-9117
Facsimile: (714) 550 9125

Attorneys for Plaintiffs TERESA TORRES, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JUAN H. CARRASCO by and through its successor in interest and representative, TERESA TORRES, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>THE CITY OF SANTA ANA, et al.,<br><br>           Defendants.<br><br>AND ALL RELATED ACTIONS. | **CASE NO.:** SACV 08-00981- JVS (RNBx)<br><br>Assigned for All Purposes to the Honorable James V. Selna<br><br>**DECLARATION OF KENT M. HENDERSON  IN SUPPORT OF PETITION TO APPROVE COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFFS S.C.; J.H.C.; AND L.C.; AND EXHIBITS 1 – 9 THERETO** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff Petitioner  TERESA TORRES, by and through her counsel of record, does hereby submit the Declaration of Kent M. Henderson and Exhibits 1 – 9 thereto in support of  Plaintiffs' Petitions to

/ / /

/ / /

1

1  Approve the  Compromises of Minor Plaintiffs S.C., J.H.C. and L.C.

2

3         Respectfully submitted this 27th  day of December 2010.

4

5                        **SAYRE & LEVITT, LLP.**

6

7

8

9                    By:  /s/ *Kent M. Henderson*
10                         Kent M. Henderson
                           Attorney for Plaintiffs
11                         TERESA TORRES, et al.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2

DECLARATION OF KENT M. HENDERSON IN SUPPORT OF PETITIONS TO APPROVE COMPROMISE
OF THE CLAIMS OF MINOR PLAINTIFFS, S.C. , J.H.C. AND L.C.; AND EXHIBITS 1-9 THERETO

## DECLARATION OF KENT M. HENDERSON

I, KENT M. HENDERSON, do hereby declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all Courts in the State of California and before the United States District for the Central District of California.   I am an associate attorney with Sayre & Levitt, LLP.   Sayre & Levitt, LLP. is counsel of record for Plaintiffs TERESA TORRES, et. al. in the within entitled action.   The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe that they are true.

2.      Our office represents Plaintiff Petitioner TERESA TORRES who is the surviving widow of decedent JUAN H. CARRSCO and who is also the natural mother and Guardian Ad Litem of Minor Plaintiffs S.C. (age 11), J.H.C. (age 6) and L.C. (age 4).

3.      I am informed that the incident giving rise to this case occurred on or about August 5, 2008 in the evening in the City of Santa Ana, California, between the deceased, JUAN H. CARRASCO and the Defendants THE CITY OF SANTA ANA, THE SANTA ANA POLICE DEPARTMENT; ADRIAN SILVA; MATTHEW LEMMON; TED LUCAS; ERIC MAJORS; and, MICHAEL JUDSON.

4.      The facts, events, and circumstances of the incident are as follows: Plaintiff contends that at on or about August 5, 2008, in the evening, in the City of Santa Ana, Plaintiffs' decedent JUAN H. CARRASCO was shot and killed by Santa Ana Police Officers.  Plaintiffs contend that the shooting involved the use of excessive force and violated the Civil Rights of decedent and his surviving wife, Plaintiff TERESA TORRES and children of decedent, minor Plaintiffs S.C. (age 11), J.H.C. (age 6) and L.C. (age 4).  Defendants deny Plaintiffs' contentions.

/ / /

/ / /

DECLARATION OF KENT M. HENDERSON IN SUPPORT OF PETITIONS TO APPROVE COMPROMISE
OF THE CLAIMS OF MINOR PLAINTIFFS, S.C. , J.H.C. AND L.C.; AND EXHIBITS 1-9 THERETO

5.   The overall settlement of all damage claims related to the death of decedent, JUAN H. CARRASCO, is $600,000.00 gross settlement. The $600,000.00 gross settlement sum is being paid by Defendant THE CITY OF SANTA ANA for a full and final settlement as to claims against all Defendants. The $600,000.00 gross settlement sum is being divided as follows:

> $390,000.00 collectively to the surviving widow Plaintiff
> TERESA TORRES and her children, minor Plaintiffs
> S.C., J.H.C. and L.C. (represented by Sayre & Levitt,
> LLP).

> $210,000.00 collectively to the remaining Plaintiffs (two
> children (C.M.C. and J.A.C.) represented by Humberto Guizar,
> Esq. and Dale K. Galipo, Esq. and the surviving mother of
> decedent MARIA ELENA DE LA CRUZ (represented by
> Luis A. Carrillo, Esq.)
> Of the $390,000.00 gross settlement applicable to Plaintiffs
> represented by Sayre & Levitt, LLP it is being divided as
> follows:
>> $260,000.00 to the surviving widow, Plaintiff TERESA
>> TORRES and $130,000.00 collectively to minor Plaintiffs
>> S.C., J.H.C. and L.C.
> The $130,000.00 amount is being divided equally between the
> three children as follows:  $43,333.33 to S.C.; $43,333.33 to
> J.H.C. and $43,333.33 to L.C.

/ / /

/ / /

/ / /

4

Each minor Plaintiff will be distributed $32,500.00 net settlement proceeds ($43,333.33 gross settlement minus 25% attorney's fees of $ 10,833.33 equals $32,500.00 net settlement).

6.   The attorney's fees for the Minor Plaintiffs are based upon a contingency fee agreement. The contingency attorney's fee in relation to the minor Plaintiffs is 25% of the gross settlement sum. Each minor Plaintiff is receiving $43,333.33 gross settlement and the 25% attorney's fee as to each minor Plaintiff is $10,833.33. The total amount of collective attorney's fees as to the three minor Plaintiffs is $32,500.00 ($10,833.33 x 3). The litigation costs will be paid out of the settlement of the surviving widow Plaintiff TERESA TORRES. The minor Plaintiffs S.C., J.H.C. and L.C. will not be charged costs.

7.   This case was extensively litigation by Plaintiffs' counsel. Plaintiffs' counsel prepared and filed the Complaint in this matter and thereafter filed a Motion for Leave to Amend to add additional individual Defendants. Plaintiffs' Motion for Leave to Amend was opposed by Defendants and Plaintiffs' counsel additionally prepared the reply brief. Plaintiffs' counsel prepared the Initial Disclosure documents pursuant to F.R.C.P., Rule 26 as well as the Joint Report of Parties pursuant to F.R.C.P., Rule 26(f). Plaintiffs' counsel prepared documents in association with the Court's Scheduling Conference.

8.   Plaintiffs' counsel engaged in extensive discovery. Subpoenas were issued to the Orange County District Attorney's office and the Orange County Sheriff's Department. Plaintiffs' counsel prepared a Settlement Conference Statement and a Confidential Addendum to Settlement Conference Statement as required. Plaintiffs' counsel prepared and filed a First Amended Complaint adding individual Officer Defendants after Leave to Amend was granted by the Court.

///

///

///

5

1    Plaintiffs' counsel propounded Special Interrogatories, Requests for Production of

2    Documents and Requests for Admissions with separate sets to Defendants THE

3    CITY OF SANTA ANA, THE SANTA ANA POLICE DEPARTMENT, ADRIAN

4    SILVA, MATTHEW LEMMON, TED LUCAS, ERIC MAJORS and MICHAEL

5    JUDSON.  Plaintiffs' counsel prepared and assisted Plaintiffs in preparing

6    responses to Defendants First Set of Interrogatories and Requests for Production

7    of Documents.

8          9.    Plaintiffs' counsel took the depostions of Defendant Officers ADRIAN

9    SILVA,  MATTHEW LEMMON, MICHAEL JUDSON, TED LUCAS and ERIC

10   MAJORS.  Plaintiffs' counsel took the deposition of Richard Fukumoto, M.D., the

11   Orange County Chief Coroner/Autopsy Surgeon who performed the Autopsy of

12   decedent JUAN H. CARRASCO.   Plaintiffs' counsel took the depostion of

13   witnesses regarding the incident including Yvette Ortega, Ignacio Orejel and Israel

14   Flores.  Plaintiffs' counsel attended the deposition and questioned witness

15   Angelica Munoz, whose deposition was set by Defendants.  Plaintiffs' counsel

16   defended the depositions of Plaintiffs TERESA and S.C., whose depositions were

17   set by Defendants.

18         10.   Plaintiffs' counsel requested either through authorization and/or

19   subpoena records including the voluminous officer-involved shooting

20   report/investigation conducted by the Orange County District Attorney's Office,

21   the Santa Ana Police Department Report and the Report of the Orange County

22   Sheriff-Coroner.  Plaintiffs' counsel utilized their expertise in contacting, retaining

23   and providing materials for review to experts in the fields of Police Practices and

24   Procedures, Bullet Trajectory Analysis, Criminalists including blood spatter and

25   DNA Profile Analysis, Toxicology and Economic Damages Calculations.

26   Plaintiffs' counsel prepared a comprehensive Mediation Brief for the April 16,

27   2010 Mediation which took place at Judicate West before the Mediator, retired

28   Judge Russell Bostrom.  There was additional significant attorney time spent in

terms of negotiation of settlement including division of settlement proceeds between various Plaintiffs. Plaintiffs' counsel spent time in preparation of the Petitions for Approval of Compromise of the Minors' Claims in this matter.

11.   Plaintiffs' counsel has Contingency Attorney's Fee Contract which would provide for a higher attorney's fee but is charging the 25% attorney's fee applicable to the minor Plaintiffs even though the amount of efforts that have been extended in this matter are substantial and would justify a higher fee.

12.   In terms of the settlement entered into in this matter as to the Plaintiffs represented by Sayre & Levitt, LLP., Plaintiffs' counsel is attaching copies of the settlement documents regarding the Plaintiffs that our office represents. Attached hereto and labeled as **Exhibit No. 1** is a true and correct signed copy of the signed Release in Full Settlement and Compromise regarding Plaintiff TERESA TORRES.

13.   Attached hereto and labeled as **Exhibit No. 2** is a true and correct signed copy of the Settlement Agreement and Release regarding Plaintiff TERESA TORRES, S.C., J.H.C. and L.C. which Settlement Agreement and Release sets forth the language regarding Qualifed Assignment that applies to the Structured Settlements/Annuities and sets forth the breakdown of the payments that are being made in regards to the settlement.

14.   Attached hereto and labeled as **Exhibit No. 3** is a true and correct signed copy of the Uniform Qualified Assignment and Release in regards to the Structured Settlement/Annuity for Plaintiffs S.C., J.H.C. and L.C.

15.   Attached hereto and labeled as **Exhibit No. 4** is a true and correct signed copy of the Parental Release and Indemnity Agreement regarding minor Plaintiff S.C.

/ / /

/ / /

/ / /

7

16. Attached hereto and labeled as **Exhibit No. 5** is a true and correct signed copy of the Parental Release and Indemnity Agreement regarding minor Plaintiff J.H.C.

17. Attached hereto and labeled as **Exhibit No. 6** is a true and correct signed copy of the Parental Release and Indemnity Agreement regarding minor Plaintiff L.C.

18. Attached hereto and labeled as **Exhibit No. 7** is a true and correct copy of the Pay-out Schedule regarding the Structured Settlement/Annuity applicable to minor Plaintiff S.C.

19. Attached hereto and labeled as **Exhibit No. 8** is a true and correct copy of the Pay-out Schedule regarding the Structured Settlement/Annuity applicable to minor Plaintiff J.H.C.

20. Attached hereto and labeled as **Exhibit No. 9** is a true and correct copy of the Pay-out Schedule regarding the Structured Settlement/Annuity applicable to minor Plaintiff L.C.

21. As to each minor Petitioner requests that the balance of the proceeds of the settlement be disbursed to fund the following Structured Settlement/Annuity: $32,500.00 to purchase a single-premium deferred annuity from Metropolitan-Life Insurance Company. The Life Insurance Company issuing the annuity contract is Rated A+ (Superior) Financial Size XV by AM Best.

22. As to minor Plaintiff S.C., the $32,500.00 net settlement proceeds will be utilized to purchase the Structured Settlement/Annuity which will make the following guaranteed lump sum payments:

$7,500.00 payable 4/16/2017 (age 18);

$10,000.00 payable 4/16/2020 (age 21); and,

$28,705.00 payable 4/16/2024 (age 25).

/ / /

/ / /

8

1    The cost of the annuity is $32,500.00, the guaranteed yield is $46,205.00 and

2    the lifetime yield is $46,205.00.   (See **Exhibit No. 7** which is the Pay-out

3    Schedule for the Structured Settlement/Annuity applicable to S.C.).

4        23.   As to minor Plaintiff J.H.C., the $32,500.00 net settlement proceeds

5    will be utilized to purchase the structured settlement/annuity which will make the

6    following guaranteed lump sum payments:

7                $10,00.00 payable 4/5/2022 (age 18);

8                $12,500.00 payable 4/5/2024 (age 21); and,

9                $36,540.00 payable 4/5/2029 (age 25).

10   The cost of the annuity is $32,500.00, the guaranteed yield is $59,040.00 and

11   the lifetime yield is $59,040.00. (See **Exhibit No. 8** which is the Pay-out Schedule

12   for Structed Settlement/Annuity applicable to J.H.C.)

13       24.   As to minor Plaintiff L.C., the $32,500.00 net settlement proceeds will

14   be utilized to purchase the structured settlement/annuity which will make the

15   following guaranteed lump sum payments:

16               $12,500.00 payable 7/19/2024 (age 18);

17               $15,000.00 payable 7/19/2027 (age 21); and,

18               $37,720.00 payable 7/19/2031 (age 25).

19   The cost of the annuity is $32,500.00, the guaranteed yield is $65,220.00 and

20   the lifetime yield is $65,220.00. (See **Exhibit No. 9** which is the Pay-out Schedule

21   for the Structured Settlement/Annuity applicable to L.C.).

22       25.   In addition, as to the Petitions to Approve the Compromise of the

23   Claims of Minor Plaintiffs S.C., J.H.C. and L.C. which this declaration is filed in

24   support of, Plaintiffs' counsel has also submitted [Proposed] Orders approving the

25   / / /

26   / / /

27   / / /

28

1  Minors Compromises.  Those [Proposed] Orders have attached to them the Pay-out

2  Schedules that are attached to this declaration as **Exhibit No. 7**, **Exhibit No. 8** and

3  **Exhibit No. 9.**

4       I declare under the penalty of perjury under the Laws of the State of

5  California that the facts stated herein are true and correct and that this declaration

6  is executed this 27th day of December, 2010 at Santa Ana, California

7

8

9                        */s/ Kent M. Henderson*

10                      Kent M. Henderson, Declarant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28