Federico C. Sayre, Esq. (SBN 067420)
Kent M. Henderson, Esq., (SBN 139530)
**SAYRE & LEVITT, LLP.**
900 North Broadway, 4th Floor
Santa Ana, California 92701
Telephone: (714) 550-9117
Facsimile: (714) 550 9125

Attorneys for Plaintiffs TERESA TORRES, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JUAN H. CARRASCO by and through its successor in interest and representative, TERESA TORRES, et al.<br><br>Plaintiffs,<br>vs.<br><br>THE CITY OF SANTA ANA, et al.<br><br>Defendants.<br>_____<br>AND ALL RELATED ACTIONS.<br>_____ | CASE NO.: SACV 08-00981-JVS (RNBx)<br><br>Assigned for all purposes to the Honorable James V. Selna<br><br>**ORDER GRANTING THE PETITION TO APPROVE COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF S.C.** |

    The Court having considered Plaintiff/Petitioner TERESA TORRES' Petitions to Compromise Minors' Claims and Exhibits 1 – 9 Thereto and Plaintiffs' Supplmental Brief in Regards to Petition to Approve Compromise of The Claims of Minor Plaintiffs, S.C., J.H.C. And L.C.; Memorandum of Points and Authorities and Declaration of Kent M. Henderson in Support Thereof and **GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY GRANTS** the Petition of Plaintiff/Petitioner TERESA TORRES, to Approve Compromise Claims of

Minor Plaintiff S.C. (Date of Birth: / /1999; age 11) in the above-captioned action as follows:

    a. Gross amount of proceeds of settlement for minor: $ 43,333.33

    b. Attorney fees to be paid from proceeds of minor's settlement: $ 10,833.33 (25%)

    c. Expenses to be paid from proceeds of minor's settlement: -0-

    d. Balance of proceeds of settlement available for minor Plaintiff S.C. after payment of attorney's fees: $ 32,500.00

The $32,500.00 net settlement proceeds will be utilized to purchase the structured settlement/annuity which will make the following guaranteed lump sum payments:

    $7,500.00 payable 4/16/2017 (age 18);

    $10,000.00 payable 4/16/2020 (age 21); and,

    $28,705.00 payable 4/16/2024 (age 25).

The cost of the annuity is $32,500.00, the guaranteed yield is $46,205.00 and the lifetime yield is $46,205.00.

DATED: February 14, 2011

_____
Honorable James V. Selna
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING THE PETITION TO APPROVE COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF S.C.**

Sayre & Levitt, LLP